UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21438

DENISE DORZIE,
For Herself and Others Similarly Situated

  Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

  Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO: SBP STAFFING AND RECRUITING LLC.
   c/o MDO CORPORATE SERVICES LLC, its Registered Agent
   175 SW 7TH STREET
   SUITE 1900
   MIAMI, FL 33130

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) ─ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ─ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Brian H. Pollock, Esq.
     FairLaw Firm
     135 San Lorenzo Avenue
     Suite 770
     Coral Gables, FL 33146
     Tel: (305) 230-4884
     brian@fairlawattorney.com

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____        *CLERK OF COURT*

                _____
                Signature of Clerk or Deputy Clerk

Civil Action No.:

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____was received by me on *(date)*_____.

☐　I personally served the summons on the individual at *(place)* _____
_____, _____on *(date)*_____; or

☐　I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,_____on *(date)* _____, and mailed a copy to the individual's last known address; or

☐　I served the summons on *(name of individual)*_____
designated by law to accept service of process on behalf of *(name of organization)* _____
_____on *(date)* _____; or

☐　I returned the summons unexecuted because _____; or

☐　Other *(specify)*:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　．

My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Server's Signature*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Printed Name and Title*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc: