UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21438

DENISE DORZIE,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SB PORT VENTURES LLC,
SBP STAFFING & RECRUITING, LLC,
AND TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Denise Dorzie, notices the Court and all parties that he has voluntarily dismissed this case *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required.")

    Respectfully submitted this 3rd day of May 2024.

                                             Brian H. Pollock, Esq.
                                             Brian H. Pollock, Esq. (174742)
                                             brian@fairlawattorney.com
                                             FAIRLAW FIRM
                                             135 San Lorenzo Avenue
                                             Suite 770
                                             Coral Gables, FL 33146
                                             Tel:   305.230.4884
                                             *Counsel for Plaintiff*